■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONROE BING, Appellant.—Judgment of the Supreme Court, Westchester County, rendered July 3, 1975, affirmed. No opinion. This case is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Suozzi, J. P., Lazer, Shapiro and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH BRADY, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered October 3, 1977, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Rabin, J. P., Gulotta, Shapiro and Mangano, JJ., concur.